**Alfonza DAVIS, Petitioner,**

v.

**DEPARTMENT OF THE NAVY, Respondent.**

No. 01–3052.

United States Court of Appeals, Federal Circuit.

Aug. 7, 2001.

Before CLEVENGER, SCHALL, and DYK, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.